**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01340-AP

(Bankruptcy Case No. 10-15557-EEB)
STEPHEN LINDSEY PAHS

    Debtor.

SALLY ZEMAN, Standing Chapter 13 Trustee,

    Appellant,

v.

STEPHEN LINDSEY PAHS,

    Appellee.

**ORDER OF REMAND**

**Blackburn, J.**

    This matter is before me on the order [#49][1] of the United States Court of Appeals for the Tenth Circuit filed February 20, 2014, and the mandate [#51] of that court filed March 14, 2014. This order of remand complies with the requirements of the order [#49] of the Tenth Circuit.

    On March 27, 2012, I entered an **Order Reversing Judgments** in the above-captioned case and in a companion case, ***Gordon v. Bank of America***, Civil Action No. 11-cv-00960-AP. In its order [#49], the Tenth Circuit dismissed the Gordon appeal for lack of jurisdiction and concluded that the circumstances of the Gordon case "do not

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

warrant a remand to permit the district court to consider certifying its earlier order for an immediate appeal." *Order* [#49], p. 10. In the Pahs case, the Tenth Circuit dismissed the appeal as moot and remanded the Pahs case "to the district court with directions to vacate that court's decision as it pertains to Pahs, and further to remand this case to the bankruptcy court with directions to vacate that court's decision addressing Pahs' modification of the model Chapter 13 plan." *Order* [#49], p. 10. I enter this order to comply with those directives concerning the Pahs case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the decision and order of this court stated in the **Order Reversing Judgments** [#34] filed March 27, 2012, are **VACATED** to the extent that decision and order address the issues raised in *Stephen Lindsey Pahs, Debtor*, Bankruptcy Case No. 10-15557-EEB, and *Zeman v. Pahs*, Civil Action No. 11-cv-01340-AP; and

2. That *Stephen Lindsey Pahs, Debtor*, Bankruptcy Case No. 10-15557-EEB, and *Zeman v. Pahs*, Civil Action No. 11-cv-01340-AP are **REMANDED** to the United States Bankruptcy Court for the District of Colorado with directions to vacate that court's decision addressing the modification of the model Chapter 13 plan by the debtor, Stephen Lindsey Pahs.

Dated July 2, 2014, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge